People v Grundman
2026 NY Slip Op 03594
June 5, 2026
Appellate Division, Fourth Department
Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.
This decision is uncorrected and subject to revision before publication in the Official Reports.

THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT,
v
MICHAEL GRUNDMAN, DEFENDANT-APPELLANT.

Supreme Court of the State of New York, Appellate Division, Fourth Judicial Department
Decided on June 5, 2026
506 KA 25-01756
Present: Lindley, J.P., Montour, Ogden, Nowak, And Delconte, JJ.

CAMBARERI & BRENNECK, SYRACUSE (MELISSA K. SWARTZ OF COUNSEL), FOR DEFENDANT-APPELLANT.
KRISTYNA S. MILLS, DISTRICT ATTORNEY, WATERTOWN (MORGAN R. MAYER OF COUNSEL), FOR RESPONDENT.

Appeal from an order of the Jefferson County Court (David A. Renzi, J.), dated October 10, 2025. The order determined that defendant is a level two risk pursuant to the Sex Offender Registration Act.
[*1]
It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at County Court.
Entered: June 5, 2026
Ann Dillon Flynn
Clerk of the Court